Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  22−12001−MBK
          Chapter:  13
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Thomas R Finley | Stefanie A Finley |
| aka Thomas Randy Finley | aka Stefanie Ann Finley |
| 7 Dorchester Drive | 7 Dorchester Drive |
| Toms River, NJ 08753 | Toms River, NJ 08753 |

Social Security No.:
  xxx−xx−2644                     xxx−xx−3986

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on May 31, 2022.

Dated: June 1, 2022
JAN: ghm

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 22-12001-MBK
Thomas R Finley   Chapter 13
Stefanie A Finley
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 3
Date Rcvd: Jun 01, 2022      Form ID: plncf13      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Thomas R Finley, Stefanie A Finley, 7 Dorchester Drive, Toms River, NJ 08753-2210 |
| 519567414 | + | Advanced Endodontic Assoc., P.A., Marvel & Maloney, POB 727, Neptune, NJ 07754-0727 |
| 519529525 | + | Advanced Endodontic Associates, LLC, 1398 Highway 35 South, Asbury Park, NJ 07712-3543 |
| 519529528 | + | BBVA/PNC Bank, Attn: Bankruptcy, Po Box 10566, Birmingham, AL 35296-0001 |
| 519529535 | + | HMH-Ocean Medical Center, 425 Jack Martin Boulevard, Brick, NJ 08724-7732 |
| 519529537 | + | Marvel & Maloney, 3455 Route 66, PO Box 727, Neptune, NJ 07754-0727 |
| 519529539 | | NorthStar VETS-Brick, 507 Route 70, Brick, NJ 08723 |
| 519529546 | + | VCA Ocean County Animal Hospital, 838 River Avenue, Lakewood, NJ 08701-5279 |
| 519529548 | + | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 519529549 | + | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 519549127 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 01 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 01 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519529527 | + | Email/Text: bankruptcy@bbandt.com | Jun 01 2022 20:48:00 | BB&T/Truist Bank, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894-1847 |
| 519529526 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 01 2022 20:48:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519529529 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 01 2022 21:00:07 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519529530 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Jun 01 2022 20:59:54 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519534512 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 01 2022 21:00:00 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519561612 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jun 01 2022 21:00:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 519557816 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 01 2022 21:00:02 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519529531 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 01 2022 21:00:03 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 519529532 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 01 2022 20:48:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |

Case 22-12001-MBK    Doc 19    Filed 06/03/22    Entered 06/04/22 00:15:19    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: plncf13 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 519529533 | + | Email/PDF: creditonebknotifications@resurgent.com Jun 01 2022 20:59:55 | | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 519529536 | + | Email/PDF: Citi.BNC.Correspondence@citi.com Jun 01 2022 21:00:03 | | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519529534 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 01 2022 20:48:00 | Eos Cca, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 519569581 | | Email/PDF: resurgentbknotifications@resurgent.com Jun 01 2022 20:59:55 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519539434 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 01 2022 20:48:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519529538 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 01 2022 20:48:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519544954 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 01 2022 20:47:00 | PNC Bank NA, Bankruptcy Department, PO BOX 94982, Cleveland, OH 44101 |
| 519572624 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 01 2022 20:47:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 519529540 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 01 2022 20:47:00 | Pnc Mortgage, Attn: Bankruptcy, Po Box 8819, Dayton, OH 45401 |
| 519576974 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 01 2022 21:00:01 | | Portfolio Recovery Associates, LLC, c/o JET BLUE, POB 41067, Norfolk, VA 23541 |
| 519551555 | | Email/Text: bnc-quantum@quantum3group.com | Jun 01 2022 20:48:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519572705 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 20:59:52 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519531324 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 20:59:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519529541 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 21:00:07 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519529542 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 21:00:07 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519529543 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 01 2022 21:00:08 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519582076 | + | Email/Text: bncmail@w-legal.com | Jun 01 2022 20:48:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 519529544 | + | Email/Text: bncmail@w-legal.com | Jun 01 2022 20:48:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 519621023 | + | Email/Text: bankruptcy@bbandt.com | Jun 01 2022 20:48:00 | Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 519529545 | + | Email/Text: BAN5620@UCBINC.COM | Jun 01 2022 20:48:00 | United Collection Bureau, Inc, 5620 Southwyck Blvd Suite 206, Toledo, OH 43614-1501 |
| 519529547 | | Email/Text: bankruptcytn@wakeassoc.com | Jun 01 2022 20:47:00 | Wakefield and Associates, Inc, PO Box 50250, Knoxville, TN 37950-0250 |
| 519529550 | + | Email/Text: bkfilings@zwickerpc.com | Jun 01 2022 20:48:00 | Zwicker & Associates, 1020 Laurel Oak Rd. Ste 303, Voorhees, NJ 08043-3518 |
| 519529551 | | Email/Text: bkfilings@zwickerpc.com | Jun 01 2022 20:48:00 | Zwicker & Associates PC, 80 Minuteman Road, Andover, MA 01810-1008 |

TOTAL: 34

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2022 | Form ID: plncf13 | Total Noticed: 45 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519534513 | *+ | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519574412 | *+ | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2022        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis P. Cullari | on behalf of Joint Debtor Stefanie A Finley cullari@comcast.net |
| Francis P. Cullari | on behalf of Debtor Thomas R Finley cullari@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5