| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR-9004-1**<br><br>KML Law Group, P.C.<br>By: Denise Carlon Esquire<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>201-549-2363<br>Attorneys for Secured Creditor: PNC BANK, NATIONAL ASSOCIATION | |
| In Re:<br>Thomas R. Finley aka Thomas Randy Finley<br>Stefanie A. Finley aka Stefanie Ann Finley<br>Debtor | Case No: <u>22-12001 MBK</u><br><br>Chapter: <u>13</u><br><br>Judge: <u>Michael B. Kaplan</u> |

## CERTIFICATION OF SERVICE

1. I, Mandy David:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the <u>Secured Creditor</u> in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On April 13, 2023, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Proof of Claim
    - Escrow Analysis
    - Loan Docs
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.
Dated: April 13, 2023                 /S/  Mandy David

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Thomas R. Finley aka Thomas Randy Finley<br>7 Dorchester Drive<br>Toms River, NJ 08753<br><br>Stefanie A. Finley aka Stefanie Ann Finley<br>7 Dorchester Drive<br>Toms River, NJ 08753 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Francis P. Cullari<br>Law Office of Francis P. Cullari<br>1200 Mill Road, Suite A<br>Northfield, NJ 08225 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650-4853 | Chapter 13 Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |

245