UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC BANK, NATIONAL ASSOCIATION

**Order Filed on May 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Thomas R. Finley aka Thomas Randy Finley &
Stefanie A. Finley aka Stefanie Ann Finley,

Debtor(s).

Case No.: 22-12001 MBK

Adv. No.:

Hearing Date: May 24, 2023 at 9:00a.m.

Judge: Michael B. Kaplan

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

    The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 25, 2023**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtors: Thomas R. Finley aka Thomas Randy Finley & Stefanie A. Finley aka Stefanie Ann Finley
Case No: 22-12001 MBK
Caption of Order: ORDER DIRECTION REDACTION OF PERSONAL INFORMATION

_____

The court having reviewed the Motion Requesting Redaction of Personal Information filed in this case by PNC BANK, NATIONAL ASSOCIATION, Denise Carlon, Esq. appearing, and regarding the Proof of Claim filed on 5/02/2022; Claim # 11,

It is **ORDERED, ADJUDGED and DECREED** that the above document (the Proof of Claim filed on 5/02/2022; Claim # 11) be immediately restricted from view on the Court's public docket; and

It is further **ORDERED, ADJUDGED and DECREED** that Movant has already filed a redacted version of the document according to applicable court rules; and

It is further **ORDERED, ADJUDGED and DECREED** that the movant shall serve this order on all affected parties not later than one day after its entry.