UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
PNC BANK, NATIONAL ASSOCIATION

**Order Filed on May 25, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
  Thomas R. Finley aka Thomas Randy Finley &
  Stefanie A. Finley aka Stefanie Ann Finley,

Debtor(s).

Case No.: 22-12001 MBK

Adv. No.:

Hearing Date: May 24, 2023 at 9:00a.m.

Judge: Michael B. Kaplan

## ORDER DIRECTING REDACTION OF PERSONAL INFORMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: May 25, 2023**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

**(Page 2)**
Debtors:  Thomas R. Finley aka Thomas Randy Finley & Stefanie A. Finley aka Stefanie Ann Finley
Case No:  22-12001 MBK
Caption of Order:  ORDER DIRECTION REDACTION OF PERSONAL INFORMATION
_____

The court having reviewed the Motion Requesting Redaction of Personal Information filed in this case by PNC BANK, NATIONAL ASSOCIATION, Denise Carlon, Esq. appearing, and regarding the Proof of Claim filed on 5/02/2022; Claim # 11,

It is **ORDERED, ADJUDGED and DECREED** that the above document (the Proof of Claim filed on 5/02/2022; Claim # 11) be immediately restricted from view on the Court's public docket; and

It is further **ORDERED, ADJUDGED and DECREED** that Movant has already filed a redacted version of the document according to applicable court rules; and

It is further **ORDERED, ADJUDGED and DECREED** that the movant shall serve this order on all affected parties not later than one day after its entry.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-12001-MBK |
| Thomas R Finley | Chapter 13 |
| Stefanie A Finley | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 1 |
| Date Rcvd: May 25, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 27, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Thomas R Finley, Stefanie A Finley, 7 Dorchester Drive, Toms River, NJ 08753-2210 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2023                Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Francis P. Cullari | on behalf of Joint Debtor Stefanie A Finley cullari@comcast.net |
| Francis P. Cullari | on behalf of Debtor Thomas R Finley cullari@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5